UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------x

GEORGE and DENISE ORD,

                              Plaintiffs,     **CIVIL ACTION NO.:**
                                        **2:06-cv-01193-GLL**

       v.

                                          **STIPULATION OF**
COUNTRY COACH, INC. and CUMMINS, INC.,    **VOLUNTARY DISMISSAL**
                             Defendants.

IT IS HEREBY STIPULATED and agreed by and among Plaintiffs George and Denise Ord, Defendant Cummins Inc. and Defendant Country Coach, Inc., that Plaintiffs' claims against Cummins Inc. and Defendant Country Coach's cross-claims against Cummins Inc. are hereby voluntarily dismissed without prejudice. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: March 5, 2007

KAHN & ASSOCIATES, L.L.C.

By: /s/ Daniel Scharville
    Mr. Daniel Scharville, Esq.
Attorneys for Plaintiffs
55 Public Square, Suite 650
Cleveland, OH 44113

NIXON PEABODY LLP

By: /s/ Elizabeth A. Brophy
    Elizabeth Brophy, Esq.
Attorneys for Defendant Cummins Inc.
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
Phone: 716-853-8100
Email: ebrophy@nixonpeabody.com

SEGAL MCCAMBRIDGE, SINGER & MAHONE

By: /s/ Matthew T. Pisano
    Matthew T. Pisano, Esq.
Attorneys for Defendant, Country Coach, Inc.
30 South 17th Street, Suite 1700
Philadelphia, PA 19103

SO ORDERED:

_____
U.S.D.J.
3/6/07